**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

NICHOLAS STEBBINS, derivatively on behalf of MARINUS PHARMACEUTICALS, INC.,

Plaintiff,

v.

SCOTT BRAUNSTEIN, STEVEN PFANSTIEL, JOSEPH HULIHAN, CHARLES AUSTIN, ELAN EZICKSON, SETH H.Z. FISCHER, MARVIN H. JOHNSON, JR., TIM M. MAYLEBEN, SARASWATHY V. NOCHUR, SARAH NOONBERG, and CHRISTINE SILVERSTEIN,

Defendants,

and

MARINUS PHARMACEUTICALS, INC.,

Nominal Defendant.

Civil Action No. 2:24-cv-06705

**STIPULATION AND ORDER VOLUNTARILY DISMISSING ACTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23.1 AND 41**

Plaintiff Nicholas Stebbins ("Plaintiff"); Nominal Defendant Marinus Pharmaceuticals, Inc. ("Marinus"); and Defendants Scott Braunstein, Steven Pfanstiel, Joseph Hulihan, Charles Austin, Elan Ezickson, Seth H.Z. Fischer, Marvin H. Johnson, Jr., Tim M. Mayleben, Saraswathy V. Nochur, Sarah Noonberg, and Christine Silverstein (collectively, the "Individual Defendants," and together with Marinus, the "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on December 17, 2024, Plaintiff filed a verified stockholder derivative complaint on behalf of Marinus against the Individual Defendants (the "Action");

WHEREAS, on December 29, 2024, Marinus entered into an agreement and plan of merger with Immedica Pharma AB, a Swedish corporation. Pursuant to the agreement, Immedica agreed to acquire Marinus by means of a tender offer for all of the outstanding shares of Marinus, followed by merger of Marinus with an Immedica subsidiary;

WHEREAS, on February 11, 2025, the merger was completed, with Marinus surviving as a direct wholly owned subsidiary of Immedica;

WHEREAS, after due consideration and recognition that a merger terminates the standing of the target corporation's former shareholders to maintain a derivative action on the target's behalf, Plaintiff wishes to voluntarily dismiss the Action pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, without prejudice as to Plaintiffs, Marinus, and/or any other Marinus shareholder;

WHEREAS, the Parties agree that the dismissal is not, and shall not be deemed to be, an adjudication of the Action on the merits, and that each Party shall bear its own fees and costs in connection with the Action; and

WHEREAS, the Parties agree and respectfully submit that notice to shareholders of this dismissal is unnecessary here because: (i) the dismissal is without prejudice to the ability of Plaintiff, any Marinus shareholder, or Marinus itself, to pursue the claims; (ii) there has been not settlement or compromise of the Action; (iii) there has been no collusion among the Parties; and (iv) neither Plaintiff nor his counsel has received or will receive directly or indirectly any consideration from Defendants for the dismissal.

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. This Action shall be dismissed without prejudice as to Plaintiff, Marinus, and/or any other Marinus shareholder; and

2. The Parties shall bear their own fees and costs.

Dated: February 18, 2025

**COOLEY LLP**
By: *s/ Koji Fukumura*________________
Koji F. Fukumura, (PA 73831)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: (858) 550 6000
Facsimile: (858) 550-6420
kfukumura@cooley.com

*Counsel for Defendants*

**THE BROWN LAW FIRM, P.C.**

By: *s/ Timothy Brown*________________
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
tbrown@thebrownlawfirm.net

*Counsel for Plaintiff*

DATED: _March 18, 2025____

APPROVED BY THE COURT:

_/s/ John R. Padova________
JUDGE JOHN R. PADOVA